IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERTHERM, INC., a New Hampshire corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>*Defendants.* | CASE NO. 1:24-cv-11340<br><br>Judge Sharon Johnson Coleman<br>Magistrate Judge Beth W. Jantz |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FRCP 41**

Plaintiff Hypertherm, Inc. ("Hypertherm" or "Plaintiff") hereby moves, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, to dismiss with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A to the Complaint.

| Schedule A Defendant Number | Seller Brand Name | Business Name | Walmart Seller Id |
|---|---|---|---|
| 84 | F-Lotus | foshanshilingtunqianshangmaoyouxiangongsi | 102484950 |

Each party shall bear its own attorneys' fees and costs. None of the above identified Defendants have answered the Complaint nor filed a motion for summary judgement. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

DATED January 23, 2025.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By /s/ Collin D. Hansen
　　　　　　　　　　　　　　　　　　Collin D. Hansen (ARDC#: 6335991)
　　　　　　　　　　　　　　　　　　Email: chansen@wnlaw.com
　　　　　　　　　　　　　　　　　　**WORKMAN NYDEGGER**
　　　　　　　　　　　　　　　　　　840 S Northwest Hwy, Suite 10
　　　　　　　　　　　　　　　　　　Barrington, IL 60010
　　　　　　　　　　　　　　　　　　(815) 353-4438 (Telephone)

　　　　　　　　　　　　　　　　　　Brian N. Platt (UT# 17099)
　　　　　　　　　　　　　　　　　　Email: bplatt@wnlaw.com
　　　　　　　　　　　　　　　　　　Kenneth J. Dyer (CA#191192)
　　　　　　　　　　　　　　　　　　Email: kdyer@wnlaw.com
　　　　　　　　　　　　　　　　　　**WORKMAN NYDEGGER**
　　　　　　　　　　　　　　　　　　60 East South Temple, Suite 1000
　　　　　　　　　　　　　　　　　　Salt Lake City, UT  84111
　　　　　　　　　　　　　　　　　　(801) 533-9800 (Telephone)

　　　　　　　　　　　　　　　　　　*Attorneys for Hypertherm, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, I caused to be filed with the Clerk of the Court the foregoing **NOTICE OF VOLUNTARY DISMISSAL** using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and that I will cause to be posted the foregoing Notice of Voluntary Dismissal to a link, which has been sent to the email addresses of Defendants' counsel and/or the addresses provided for Defendants by third parties, to a website where the foregoing can be downloaded.

By */s/ Collin D. Hansen*
Collin D. Hansen