**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HYPERTHERM, INC., a New Hampshire corporation, | |
| *Plaintiff,* | CASE NO. 1:24-cv-11340 |
| v. | |
| THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Sharon Johnson Coleman<br>Magistrate Judge Beth W. Jantz |
| *Defendants.* | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FRCP 41**

Plaintiff Hypertherm, Inc. ("Hypertherm" or "Plaintiff") hereby moves, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, to dismiss with prejudice all causes of action in the complaint against the following Defendant identified in Schedule A to the Complaint.

| Schedule A Defendant Number | Seller Name | Business Name | Amazon Seller Id |
|---|---|---|---|
| 6 | バイトショップ (Part-time job shop) | HAO MING ZHU | AQJ3A0MLBGL9B |
| 17 | outstanding_Lin | foshanshilinxujunkejiCo.Lmt | ATU4PL58YBZ8E |
| 19 | liuhao8888 | haikoulonghualaihaoxingshangmaohang | A293J2KCKIXNCR |

1

| 20 | LangShanDengCanDP | TaiYuanLangShanDengCanKeJiYouXianGongSi | A1W3EI0EQBEXT6 |
|---|---|---|---|
| 21 | 广州歌秋贸易有限公司. Guangzhou Geqiu Trading Co., Ltd. | guangzhougeqiumaoyiyouxiangongsi | A3TKCUGAISLOH6 |
| 29 | meilis | shiyanshizhangruishangmaoyouxiangongsi | A11GL0ODU4ARSX |

Each party shall bear its own attorneys' fees and costs. None of the above identified Defendants have answered the Complaint nor filed a motion for summary judgement. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

DATED January 28, 2025.  Respectfully submitted,

By /s/ Collin D. Hansen
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(815) 353-4438 (Telephone)

Brian N. Platt (UT# 17099)
Email: bplatt@wnlaw.com
Kenneth J. Dyer (CA#191192)
Email: kdyer@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800 (Telephone)

*Attorneys for Hypertherm, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2025, I caused to be filed with the Clerk of the Court the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and that I will cause to be posted the foregoing Notice of Voluntary Dismissal to a link, which has been sent to the email addresses of Defendants' counsel and/or the addresses provided for Defendants by third parties, to a website where the foregoing can be downloaded.

                                                 By /s/ Collin D. Hansen
                                                   Collin D. Hansen