IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERTHERM, INC., a New Hampshire corporation, | |
| *Plaintiff,* | CASE NO. 1:24-cv-11340 |
| v. | |
| THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Sharon Johnson Coleman<br>Magistrate Judge Beth W. Jantz |
| *Defendants.* | |

## VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to a Confidential Settlement Agreement dated March 13, 2025 between the parties (the "Settlement Agreement"), Plaintiff Hypertherm, Inc. ("Hypertherm" or "Plaintiff") hereby moves, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, to dismiss with prejudice all causes of action in the complaint against the following Defendant identified in Schedule A to the Complaint:

| Schedule A Defendant Number | Seller Name | Business Name | Amazon Seller Id |
|---|---|---|---|
| 3 | Eddyweld-nn | Changsha Youxiang Shangmao Co., Ltd. | AA2SRINANE4UF |

("Eddyweld-nn" or "Defendant"). Defendant has answered the Complaint nor filed a motion for summary judgement. Further, by his signature below, counsel for Plaintiff attests under penalty of perjury that Defendant and its counsel concur in the filing of this document. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

The Court will retain jurisdiction to enforce the parties' Settlement Agreement (the terms of which are incorporated by reference). Each party shall bear its own attorneys' fees and costs.

DATED March 14, 2025.  Respectfully submitted,

By /s/ *Collin D. Hansen*
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(815) 353-4438 (Telephone)

Kenneth J. Dyer (*pro hac vice*)
Email: kdyer@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800 (Telephone)

*Attorneys for Hypertherm, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I caused to be filed with the Clerk of the Court the foregoing VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and that I will cause to be posted the foregoing VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE to a link, which has been sent to the email addresses of Defendants' counsel and/or the addresses provided for Defendants by third parties, to a website where the foregoing can be downloaded.

By /s/ *Collin D. Hansen*
Collin D. Hansen